UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HAWK TECHNOLOGY SYSTEMS, LLC, | § § § | |
| *Plaintiff*, | § § | |
| vs. | § § | CIVIL ACTION H-15-601 |
| TEXAS DOW EMPLOYEES CREDIT UNION, | § § § | |
| *Defendant*. | § | |

# ORDER

Fed.R.Civ.P. 4(m) requires defendants to be served within 120 days after the filing of the complaint.  The failure of plaintiff to file proof of service within 120 days after the filing of the complaint may result in dismissal of this action by the court on its own initiative.  This case was filed March 6, 2015.  To date, defendant has not been properly served.  Plaintiff must successfully serve defendants and file proof of service with this court no later than Friday, September 18, 2015.

Signed at Houston, Texas on August 31, 2015.

_____
Gray H. Miller
United States District Judge