AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:15-cv-601

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Robert L. Jones

was received by me on *(date)* 9-2-15 .

☒ I personally served the summons on the individual at *(place)* Jackie Robotham (office)

on *(date)* 9-15-15 ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)*
Jackie Robotham , a person of suitable age and discretion who resides there,
on *(date)* 9-15-15 , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Jackie Robotham , who is
designated by law to accept service of process on behalf of *(name of organization)* Dow Credit Union
on *(date)* 9-15-15 ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_Robert Thomson_
Server's signature

_Robert Thomson_
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| Hawk Technology Systems, LLC <br><br> *Plaintiff(s)* <br> v. <br> Texas Dow Employees Credit Union <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.  4:15-cv-601 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Texas Dow Employees Credit Union
1001 FM 2004, Lake Jackson, Texas 77566

VIA Texas Registered Agent: Robert L Jones
1001 FM 2004, Lake Jackson, Texas 77566

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   David A. Bailey
Law Office of David Bailey
811 S. Central Expressway, Suite 307
Richardson, Texas 75080
P: (972) 372-4235 | F: (972) 372-0773

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DAVID J. BRADLEY
CLERK OF COURT

Date: __MAR 09 2015__                                                     *(signature)*
                                                                                                *Signature of Clerk or Deputy Clerk*